IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00027-JRG |

## ORDER

Before the Court is Plaintiff Stingray IP Solutions, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, the "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 19). In the Motion, the Parties inform the Court that they have reached a settlement in principle as to all matters in controversy in the above-captioned matter. The Parties request a thirty (30) day stay of all deadlines in the above-captioned matter to finalize a settlement agreement and file appropriate dismissal papers with the Court. Having considered the Motion, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all deadlines in the above-captioned matter are **STAYED** for **thirty (30) days** from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court. The Parties are excused from attending the May 12, 2021 scheduling conference.

**So ORDERED and SIGNED this 11th day of May, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE